# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PEGGY S. BATES**

    vs.                        **CASE NUMBER: 7:04-cv-1118 (VEB)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Judgment on the Pleadings is GRANTED, that Plaintiff's Motion for Judgment on the Pleadings is DENIED.  The decision of the Commissioner is AFFIRMED and the Complaint herein is DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 11th day of December, 2009.

DATED: December 16, 2009

*Lawrence K. Baerman* (signature)
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk